**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Daniel Joe KABINTO, Defendant–
Appellant.**

**No. 10–10214.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed Feb. 22, 2011.

Dimitra Sampson, U.S. Attorney's Of-
fice, Phoenix, AZ, for Plaintiff–Appellee.

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

Craig S. Orent, Assistant Federal Public
Defender, Federal Public Defender's Of-
fice, Phoenix, AZ, for Defendant–Appel-
lant.

Before: CANBY, FERNANDEZ, and
M. SMITH, Circuit Judges.

MEMORANDUM **

Daniel Joe Kabinto appeals from the
district court's order recommitting him
pursuant to 18 U.S.C. § 4246. We have
jurisdiction under the collateral order doc-
trine, *see United States v. Godinez–Ortiz,*
563 F.3d 1022, 1026–29 (9th Cir.2009), and
we affirm.

Kabinto contends that the district court
does not have authority pursuant to 18
U.S.C. § 4246 to recommit him to an insti-
tution for a dangerousness assessment.
As he concedes, however, this contention is
foreclosed by *Godinez–Ortiz,* 563 F.3d at
1029–32.

**AFFIRMED.**

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.